SEALED

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
FEB 27 2018
JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

In the Matter of the Search of          )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*    )    Case No. 5:18-mj-00026
                                        )
Information Associated With Facebook User ID Name  )
"OLIVIA CAROLINE"/USER ID "100007117807776" That   )
Is Stored at Premises Controlled by Facebook Inc.  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A: Subject Account 1.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. 846 | Conspiracy to Commit a Title 21 Offense |
| 18 U.S.C. 1512 | Witness Tampering |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Thomas F. Hickey, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/27/18

*Judge's signature*

City and state: Harrisonburg, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*